UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

Z & J, LLC d/b/a/ APPEAL TECH,                Chapter 11
                                              Case No.19-11502(JLG)

                    Debtor.
-------------------------------------------------------------x

**ORDER SHORTENING TIME FOR NOTICE OF HEARING ON APPLICATION SEEKING APPROVAL OF PROFESSIONAL FEES OF SPECIAL COUNSEL FOR THE DEBTOR**

**UPON** the Motion and the Declaration of Daniel S. Alter (the "Motion") of the above-captioned debtor (the "Debtor"), by its attorney, Daniel Alter, for an order shortening time for notice of a hearing on application seeking approval of professional fees of special counsel for the Debtor (the "Special Counsel Fee Application"), and no notice being required for entry of this Order, and for good cause shown; it is

**ORDERED** that pursuant to Fed. R. Bankr. P. 9006(c), a hearing on the Special Counsel Fee Application be and is hereby scheduled for **March 19, 2021 at 10:00 a.m.**, before the Hon. James L. Garrity, Jr., United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10004, Courtroom 601; and it is further

**ORDERED** that copies of this Order and the pleadings in support of the Motion shall **filed with the Court and [JLG]** be served **by electronic mail [JLG]** upon the United States Trustee and all parties who have filed a Notice of Appearance, together with a copy of the Special Counsel Fee Application, by **March 8, 2021**; and it is further

**ORDERED** that copies of the Notice of Hearing of the Special Counsel Fee Application **filed with the Court and [JLG]** shall be served **by electronic mail [JLG]** upon all other parties in interest by **March 8, 2021**; and it is further

1

**ORDERED** that opposition to the Special Counsel Fee Application, if any, shall be filed **with the Court, with two single-sided hard copies delivered to Chambers, [JLG]** and served upon Debtor's counsel no later than **March 16, 2021 at 4:00 p.m.**; and it is further

**ORDERED** that replies, if any, to any opposition, shall be filed**, with two single-sided hard copies delivered to Chambers, [JLG]** and served no later than **March 17, 2021 at 5:00 p.m.**

Dated:  New York, New York
          March 8, 2021

/s/ *James L. Garrity, Jr.*
HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE