**Fill in this information to identify the case:**

Debtor Name __Z & J, LLC d/b/a Appeal Tech__

United States Bankruptcy Court for the: Southern District of New York

Case number: __19-11502(JLG)__

☐ Check if this is an amended filing

---

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: __January 2021__

Date report filed: __02/19/2021__
MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party __Michael Kestan__

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☑ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Z & J, LLC d/b/a Appeal Tech _____      Case number  19-11502(JLG) _____

| | | | |
|---|---|---|---|
| 17.  Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ _____

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections or receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ _____

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ _____

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ _____

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ _____

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**

$ _____

    (Exhibit E)

Debtor Name  Z & J, LLC d/b/a Appeal Tech _____    Case number  19-11502(JLG) _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                               $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                         _____

27. What is the number of employees as of the date of this monthly report?            _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30. How much have you paid this month in other professional fees?                                   $ _____

31. How much have you paid in total other professional fees since filing the case?                  $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ _____ | — | $ _____ | = | $ _____ |
| 33. Cash disbursements | $ _____ | — | $ _____ | = | $ _____ |
| 34. Net cash flow | $ _____ | — | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                 $ _____

36. Total projected cash disbursements for the next month:                          - $ _____

37. Total projected net cash flow for the next month:                                = $ _____

Debtor Name _Z & J, LLC d/b/a Appeal Tech_____    Case number _19-11502(JLG)_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.



# Bank

**America's Most Convenient Bank®**

AV 01 213983 93324B632 A**5DGT

Z AND J LLC DBA
APPEAL TECH
DIP CASE 19-11502 SDNY
7 WEST 36TH ST 10TH FL
NEW YORK NY 10018-7157

Page: 1 of 7
Statement Period: Jan 01 2021-Jan 31 2021
Cust Ref #: ~~437-316~~1622-039-T-###
Primary Account #: ~~437-316~~1622

---

## Chapter 11 Checking

Z AND J LLC DBA
APPEAL TECH
DIP CASE 19-11502 SDNY

Account # 437-316162

---

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 274,004.20 | Average Collected Balance | 200,332.26 |
| Deposits | 183,721.18 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 232,398.40 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 109,838.06 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |
| Checks Paid | 53,074.70 | | |
| Electronic Payments | 80,911.01 | | |
| Other Withdrawals | 665,976.13 | | |
| Ending Balance | 0.00 | | |

---

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/06 | DEPOSIT | 31,836.56 |
| 01/08 | DEPOSIT | 4,257.02 |
| 01/13 | DEPOSIT | 29,683.80 |
| 01/20 | DEPOSIT | 83,924.28 |
| 01/20 | DEPOSIT | 7,364.78 |
| 01/25 | DEPOSIT | 9,003.65 |
| 01/27 | DEPOSIT | 17,651.09 |
| | Subtotal: | 183,721.18 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/04 | MERCHANT SERVICES CR, TD MERCHANT SVS DEPOSIT ****29105886 | 3,071.57 |
| 01/05 | CCD DEPOSIT, RLI/MTH/CBIC CLM CLAIM PYMT MTH-00462215 | 9,197.35 |
| 01/05 | MERCHANT SERVICES CR, TD MERCHANT SVS DEPOSIT ****29105886 | 5,538.75 |
| 01/06 | MERCHANT SERVICES CR, TD MERCHANT SVS DEPOSIT ****29105886 | 7,857.48 |
| 01/07 | MERCHANT SERVICES CR, TD MERCHANT SVS DEPOSIT ****29105886 | 2,273.40 |
| 01/08 | CCD DEPOSIT, PILLSBURY WINTHR PAYMENTS | 35,009.78 |
| 01/08 | MERCHANT SERVICES CR, TD MERCHANT SVS DEPOSIT ****29105886 | 2,646.64 |
| 01/08 | CCD DEPOSIT, RUBIN LAW FIRM TRANSFER OA1164223 | 700.00 |
| 01/11 | MERCHANT SERVICES CR, TD MERCHANT SVS DEPOSIT ****29105886 | 8,150.00 |
| 01/12 | MERCHANT SERVICES CR, TD MERCHANT SVS DEPOSIT ****29105886 | 11,324.82 |
| 01/13 | MERCHANT SERVICES CR, TD MERCHANT SVS DEPOSIT ****29105886 | 8,573.43 |
| 01/13 | CCD DEPOSIT, PILLSBURY WINTHR PAYMENTS | 3,003.32 |
| 01/14 | MERCHANT SERVICES CR, TD MERCHANT SVS DEPOSIT ****29105886 | 4,570.38 |



# **Bank**

America's Most Convenient Bank®

Z AND J LLC DBA
APPEAL TECH
DIP CASE 19-11502 SDNY

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/15 | MERCHANT SERVICES CR, TD MERCHANT SVS DEPOSIT ****29105886 | 7,538.23 |
| 01/15 | CCD DEPOSIT, STROOCK 477 STROOCKPMT 1APPEAL02  #38974 | 2,720.24 |
| 01/15 | CCD DEPOSIT, RLI/MTH/CBIC CLM CLAIM PYMT RLI-00430303 | 1,094.82 |
| 01/15 | CCD DEPOSIT, H.O.P. NEW YORK INVOICES APPEALTECH | 654.04 |
| 01/20 | MERCHANT SERVICES CR, TD MERCHANT SVS DEPOSIT ****29105886 | 10,677.19 |
| 01/21 | MERCHANT SERVICES CR, TD MERCHANT SVS DEPOSIT ****29105886 | 5,584.53 |
| 01/22 | MERCHANT SERVICES CR, TD MERCHANT SVS DEPOSIT ****29105886 | 2,670.68 |
| 01/25 | MERCHANT SERVICES CR, TD MERCHANT SVS DEPOSIT ****29105886 | 74,007.78 |
| 01/26 | MERCHANT SERVICES CR, TD MERCHANT SVS DEPOSIT ****29105886 | 3,981.57 |
| 01/27 | MERCHANT SERVICES CR, TD MERCHANT SVS DEPOSIT ****29105886 | 4,419.92 |
| 01/28 | MERCHANT SERVICES CR, TD MERCHANT SVS DEPOSIT ****29105886 | 11,420.49 |
| 01/29 | MERCHANT SERVICES CR, TD MERCHANT SVS DEPOSIT ****29105886 | 5,711.99 |
| | Subtotal: | 232,398.40 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/11 | WIRE TRANSFER INCOMING, OMER KUKAJ | 2,614.57 |
| 01/13 | WIRE TRANSFER INCOMING, DEBEVOISE  PLIMPTON LLP | 880.71 |
| 01/26 | WIRE TRANSFER INCOMING, FRIED, FRANK, HARRIS, | 98,878.66 |
| 01/26 | CREDIT, ret ck#658690  D2E00079 | 2,500.00 |
| 01/26 | CREDIT, ret ck#658689  D2E00079 | 1,564.12 |
| 01/26 | CREDIT, ret ck# 6584  D2E00079 | 1,200.00 |
| 01/26 | CREDIT, ret ck#65866  D2E00079 | 1,200.00 |
| 01/26 | WIRE TRANSFER INCOMING, THE AMERICAN YOUTH DANCE THEATER, | 1,000.00 |
| | Subtotal: | 109,838.06 |

**Checks Paid**   No. Checks: 28   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 01/06 | 449 | 1,450.00 | 01/15 | 511 | 45.00 |
| 01/06 | 488* | 45.00 | 01/08 | 513* | 400.00 |
| 01/06 | 489 | 45.00 | 01/08 | 514 | 315.00 |
| 01/06 | 490 | 45.00 | 01/12 | 515 | 45.00 |
| 01/06 | 496* | 45.00 | 01/08 | 516 | 315.00 |
| 01/15 | 506* | 43.40 | 01/21 | 517 | 315.00 |
| 01/07 | 507 | 315.00 | 01/21 | 518 | 315.00 |
| 01/06 | 510* | 315.00 | 01/21 | 519 | 315.00 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

Z AND J LLC DBA
APPEAL TECH
DIP CASE 19-11502 SDNY

| | |
|---|---|
| Page: | 6 of 7 |
| Statement Period: | Jan 01 2021-Jan 31 2021 |
| Cust Ref #: | ⬛⬛⬛1622-039-T-### |
| Primary Account #: | 43⬛⬛1622 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/20 | DEBIT CARD PURCHASE, *****04026620256, AUT 011921 VISA DDA PUR PACER800 676 6856IR    800 676 6856 * TX | 1,350.20 |
| 01/20 | DEBIT CARD PURCHASE, *****04026620256, AUT 011921 VISA DDA PUR PACER800 676 6856IR    800 676 6856 * TX | 1,200.60 |
| 01/20 | CCD DEBIT, THE HARTFORD NWTBCLSCIC 15184367 | 755.11 |
| 01/21 | CCD DEBIT, NYS DTF SALES TAX PAYMNT ****00063991022 | 26,280.00 |
| 01/21 | DEBIT CARD PURCHASE, *****04026620256, AUT 011921 VISA DDA PUR ATLANTIC TOMORROW S OF   212 7416400 * NY | 903.43 |
| 01/21 | CCD DEBIT, PITNEY BOWES POSTAGE 26280461 | 500.00 |
| 01/21 | DEBIT CARD PURCHASE, *****04026620256, AUT 011921 VISA DDA PUR FEDEX 462482673     MEMPHIS    * TN | 25.62 |
| 01/22 | CCD DEBIT, FIDELITY FPRS 07158 001 | 8,371.21 |
| 01/22 | DEBIT CARD PURCHASE, *****04026620256, AUT 012021 VISA DDA PUR FEDEX 462591503     MEMPHIS    * TN | 194.91 |
| 01/25 | CCD DEBIT, CAPITAL ONE ONLINE PMT 3F8KBNDOSA92VFU | 2,196.60 |
| 01/25 | DEBIT CARD PURCHASE, *****04026620256, AUT 012321 VISA DDA PUR FEDEX 462930707     MEMPHIS    * TN | 895.85 |
| 01/25 | ELECTRONIC PMT-WEB, FRONTIER ONLINE E-BILL ****09405 | 93.73 |
| 01/25 | DEBIT CARD PURCHASE, *****04026620256, AUT 012121 VISA DDA PUR FEDEX 462694198     MEMPHIS    * TN | 77.45 |
| 01/25 | DEBIT CARD PURCHASE, *****04026620256, AUT 012121 VISA DDA PUR COURTSOLUTIONS      917 746 7476 * NY | 70.00 |
| 01/25 | DEBIT CARD PAYMENT, *****04026620256, AUT 012121 VISA DDA PUR VERIZON ONETIMEPAY    VERIZON COM  * FL | 39.16 |
| 01/25 | DEBIT CARD PAYMENT, *****04026620256, AUT 012221 VISA DDA PUR ATT  SERVICE        800 452 2248 * NJ | 29.99 |
| | Subtotal: | 80,911.01 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/06 | WIRE TRANSFER OUTGOING, Paychex Of New York | 98,313.46 |
| 01/06 | WIRE TRANSFER FEE | 30.00 |
| 01/19 | DEP RETURN CHARGEBACK | 878.68 |
| 01/19 | DEP RETURN FEE | 15.00 |
| 01/21 | WIRE TRANSFER OUTGOING, Paychex Of New York | 153,140.52 |
| 01/21 | WIRE TRANSFER FEE | 30.00 |
| 01/26 | DEBIT | 267,779.71 |
| 01/27 | DEBIT | 111,105.17 |
| 01/29 | DEBIT | 34,683.59 |
| | Subtotal: | 665,976.13 |

# TD Bank

**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 7 of 7 |
| Statement Period: | Jan 01 2021-Jan 31 2021 |
| Cust Ref #: | ~~1622-039-T-###~~ |
| Primary Account #: | ~~1622~~ |

Z AND J LLC DBA
APPEAL TECH
DIP CASE 19-11502 SDNY

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 274,004.20 | 01/15 | 277,703.8 |
| 01/04 | 264,502.38 | 01/19 | 274,461.2 |
| 01/05 | 277,162.45 | 01/20 | 373,121.58 |
| 01/06 | 215,340.67 | 01/21 | 192,872.42 |
| 01/07 | 214,819.89 | 01/22 | 184,431.98 |
| 01/08 | 252,397.55 | 01/25 | 264,040.63 |
| 01/11 | 250,743.85 | 01/26 | 106,585.27 |
| 01/12 | 225,096.09 | 01/27 | 17,551.11 |
| 01/13 | 265,093.39 | 01/28 | 28,971.60 |
| 01/14 | 267,800.25 | 01/29 | 0.00 |

# TD Bank
**America's Most Convenient Bank®**

T    **STATEMENT OF ACCOUNT**

AV 01 214157 93324B632 C**5DGT

Z AND J LLC DBA
APPEAL TECH
DIP CASE 19-11502 SDNY
7 WEST 36TH ST 10TH FL
NEW YORK NY 10018-7157

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Jan 26 2021-Jan 31 2021 |
| Cust Ref #: | ~~45~~ 5981-039-T-### |
| Primary Account #: | ~~432~~ 5981 |

## Chapter 11 Checking

Z AND J LLC DBA
APPEAL TECH
DIP CASE 19-11502 SDNY

Account # 4~~32 91~~ 5981

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 376,825.55 |
| Deposits | 267,779.71 | Interest Earned This Period | 0.00 |
| Other Credits | 145,788.76 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 674.53 | Days in Period | 6 |
| Other Withdrawals | 630.00 | | |
| Ending Balance | 412,263.94 | | |

## DAILY ACCOUNT ACTIVITY

### Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/26 | DEPOSIT | 267,779.71 |
| | Subtotal: | 267,779.71 |

### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/27 | CREDIT | 111,105.17 |
| 01/29 | CREDIT | 34,683.59 |
| | Subtotal: | 145,788.76 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/28 | DEBIT CARD PURCHASE, *****04026620256, AUT 012721 VISA DDA PUR ROCHESTERGAS ELECTRIC 800 743 2110 * NY | 67.01 |
| 01/28 | DEBIT CARD PURCHASE, *****04026620256, AUT 012621 VISA DDA PUR AMAZON COM Z64TF0M63 AMZ AMZN COM BILL * WA | 60.96 |
| 01/29 | DEBIT CARD PURCHASE, *****04026620256, AUT 012621 VISA DDA PUR FEDEX 463331799 MEMPHIS * TN | 278.21 |
| 01/29 | DEBIT CARD PURCHASE, *****04026620256, AUT 012721 VISA DDA PUR FEDEX 463442683 MEMPHIS * TN | 268.35 |
| | Subtotal: | 674.53 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/27 | DEBIT | 315.00 |
| 01/27 | DEBIT | 315.00 |
| | Subtotal: | 630.00 |

# TD Bank
**America's Most Convenient Bank®**

Z AND J LLC DBA
APPEAL TECH
DIP CASE 19-11502 SDNY

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 01/26 | 0.00 | 01/28 | 378,126.91 |
| 01/27 | 267,779.71 | 01/29 | 412,263.94 |
| 01/27 | 378,254.88 | | |

# AppealTech
# Reconciliation Detail
**1043B · TD Bank -2, Period Ending 01/31/2021**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 274,004.20 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 96 items** | | | | | | |
| Check | 11/25/2020 | 489 | Court of Appeals ... | X | -45.00 | -45.00 |
| Check | 11/25/2020 | 490 | Court of Appeals ... | X | -45.00 | -90.00 |
| Check | 11/25/2020 | 488 | Court of Appeals ... | X | -45.00 | -135.00 |
| Check | 12/04/2020 | 496 | Court of Appeals ... | X | -45.00 | -180.00 |
| Bill Pmt -Check | 12/17/2020 | 449 | Wilder 4 Corners ... | X | -1,450.00 | -1,630.00 |
| Check | 12/22/2020 | 506 | Nikolina Gurfinkel | X | -43.40 | -1,673.40 |
| Check | 12/28/2020 | 507 | Appellate Divisio... | X | -315.00 | -1,988.40 |
| Bill Pmt -Check | 12/31/2020 | 534 | Daniel Alter, Atto... | X | -8,440.00 | -10,428.40 |
| Bill Pmt -Check | 12/31/2020 | Visa... | CDW Direct | X | -3,305.61 | -13,734.01 |
| Bill Pmt -Check | 12/31/2020 | 535 | Fidelity Investme... | X | -940.00 | -14,674.01 |
| Bill Pmt -Check | 12/31/2020 | Visa ... | Atlantic Tomorro... | X | -630.49 | -15,304.50 |
| Bill Pmt -Check | 12/31/2020 | 536 | SolarWinds | X | -199.83 | -15,504.33 |
| Bill Pmt -Check | 12/31/2020 | AUT... | FedEx-New | X | -173.51 | -15,677.84 |
| General Journal | 01/01/2021 | Jan-21 | Power Objects | X | -3,038.51 | -18,716.35 |
| Bill Pmt -Check | 01/01/2021 | AUT... | FedEx-New | X | -505.11 | -19,221.46 |
| General Journal | 01/02/2021 | Jan-21 | | X | -9.95 | -19,231.41 |
| Bill Pmt -Check | 01/04/2021 | AUT... | Court Alert.Com, ... | X | -2,014.19 | -21,245.60 |
| Bill Pmt -Check | 01/04/2021 | AUT... | St. Paul Travelers | X | -1,576.03 | -22,821.63 |
| General Journal | 01/04/2021 | 1/4/21 | Purchase Power | X | -500.00 | -23,321.63 |
| Bill Pmt -Check | 01/04/2021 | 513 | Nina Kracum | X | -400.00 | -23,721.63 |
| Bill Pmt -Check | 01/04/2021 | AUT... | StorageMart#2105 | X | -354.03 | -24,075.66 |
| Check | 01/04/2021 | 510 | Appellate Divisio... | X | -315.00 | -24,390.66 |
| Bill Pmt -Check | 01/04/2021 | AUT... | StorageMart#2105 | X | -272.19 | -24,662.85 |
| General Journal | 01/04/2021 | GO ... | | X | -199.99 | -24,862.84 |
| General Journal | 01/04/2021 | Jan-21 | | X | -76.16 | -24,939.00 |
| General Journal | 01/04/2021 | Jan 4... | Purchase Power | X | -50.00 | -24,989.00 |
| Check | 01/04/2021 | 511 | Court of Appeals ... | X | -45.00 | -25,034.00 |
| Bill Pmt -Check | 01/05/2021 | AUT... | FedEx-New | X | -596.87 | -25,630.87 |
| General Journal | 01/06/2021 | Jan-21 | | X | -2,522.66 | -28,153.53 |
| General Journal | 01/06/2021 | Jan-21 | | X | -1,933.98 | -30,087.51 |
| Bill Pmt -Check | 01/06/2021 | AUT... | FedEx-New | X | -425.36 | -30,512.87 |
| Check | 01/06/2021 | 514 | Appellate Divisio... | X | -315.00 | -30,827.87 |
| Check | 01/06/2021 | 516 | Appellate Divisio... | X | -315.00 | -31,142.87 |
| General Journal | 01/06/2021 | Jan-21 | | X | -131.69 | -31,274.56 |
| Check | 01/06/2021 | 515 | Appellate Divisio... | X | -45.00 | -31,319.56 |
| General Journal | 01/07/2021 | SAL... | | X | -52,230.49 | -83,550.05 |
| General Journal | 01/07/2021 | PAY... | | X | -46,082.97 | -129,633.02 |
| Bill Pmt -Check | 01/07/2021 | 539 | Empire Managem... | X | -27,894.88 | -157,527.90 |
| Bill Pmt -Check | 01/07/2021 | 537 | Light and Rubin Inc | X | -3,300.00 | -160,827.90 |
| General Journal | 01/07/2021 | Jan 7... | Purchase Power | X | -500.00 | -161,327.90 |
| Bill Pmt -Check | 01/07/2021 | AUT... | FedEx-New | X | -205.78 | -161,533.68 |
| General Journal | 01/07/2021 | WIR... | | X | -30.00 | -161,563.68 |
| Transfer | 01/08/2021 | | | X | -8,256.15 | -169,819.83 |
| Bill Pmt -Check | 01/08/2021 | 2000... | ULINE, Inc. | X | -543.35 | -170,363.18 |
| Bill Pmt -Check | 01/08/2021 | Visa... | Waste Connections | X | -217.75 | -170,580.93 |
| Bill Pmt -Check | 01/08/2021 | AUT... | Verizon-Bar Pres... | X | -39.63 | -170,620.56 |
| General Journal | 01/11/2021 | APP... | | X | -2,077.34 | -172,697.90 |
| Bill Pmt -Check | 01/11/2021 | #310... | Broadview Netwo... | X | -912.13 | -173,610.03 |
| General Journal | 01/11/2021 | Jan 1... | Purchase Power | X | -500.00 | -174,110.03 |
| Bill Pmt -Check | 01/11/2021 | PH00... | Charlotte Colocat... | X | -495.00 | -174,605.03 |
| Check | 01/11/2021 | 517 | Appellate Divisio... | X | -315.00 | -174,920.03 |
| Bill Pmt -Check | 01/11/2021 | #380... | Pitney Bowes Glo... | X | -281.55 | -175,201.58 |
| Bill Pmt -Check | 01/12/2021 | #310... | Windstream | X | -1,713.71 | -176,915.29 |
| Bill Pmt -Check | 01/12/2021 | AUT... | FedEx-New | X | -554.34 | -177,469.63 |
| Bill Pmt -Check | 01/12/2021 | AUT... | FedEx-New | X | -77.49 | -177,547.12 |
| General Journal | 01/13/2021 | STO... | Kaufman Friedm... | X | -878.68 | -178,425.80 |
| Check | 01/13/2021 | 518 | Appellate Divisio... | X | -315.00 | -178,740.80 |
| Bill Pmt -Check | 01/13/2021 | AUT... | FedEx-New | X | -149.81 | -178,890.61 |
| Bill Pmt -Check | 01/13/2021 | AUT... | FedEx-New | X | -135.57 | -179,026.18 |
| General Journal | 01/13/2021 | STIN... | | X | -100.00 | -179,126.18 |
| General Journal | 01/13/2021 | STO... | Kaufman Friedm... | X | -15.00 | -179,141.18 |
| Check | 01/14/2021 | 550 | James Dignon | X | -1,377.47 | -180,518.65 |
| General Journal | 01/14/2021 | Jan 1... | Purchase Power | X | -500.00 | -181,018.65 |
| Bill Pmt -Check | 01/14/2021 | #051... | Signius Communi... | X | -358.79 | -181,377.44 |
| Check | 01/14/2021 | 519 | Appellate Divisio... | X | -315.00 | -181,692.44 |

2:56 PM

02/25/21

# AppealTech
# Reconciliation Detail
**1043B · TD Bank -2, Period Ending 01/31/2021**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| General Journal | 01/15/2021 | Feb-22 | | X | -418.00 | -182,110.44 |
| Bill Pmt -Check | 01/15/2021 | AUT... | FedEx-New | X | -228.89 | -182,339.33 |
| Bill Pmt -Check | 01/15/2021 | AUT... | FedEx-New | X | -214.17 | -182,553.50 |
| General Journal | 01/15/2021 | Jan-21 | | X | -64.24 | -182,617.74 |
| General Journal | 01/15/2021 | Dec-20 | | X | -2.26 | -182,620.00 |
| Bill Pmt -Check | 01/18/2021 | AUT... | FedEx-New | X | -499.36 | -183,119.36 |
| Bill Pmt -Check | 01/19/2021 | #004... | Pacer Service Ce... | X | -1,350.20 | -184,469.56 |
| Bill Pmt -Check | 01/19/2021 | #004... | Pacer Service Ce... | X | -1,200.60 | -185,670.16 |
| Bill Pmt -Check | 01/19/2021 | #010... | Atlantic Tomorro... | X | -903.43 | -186,573.59 |
| Check | 01/19/2021 | 521 | Appellate Divisio... | X | -45.00 | -186,618.59 |
| Check | 01/19/2021 | 520 | Appellate Divisio... | X | -45.00 | -186,663.59 |
| General Journal | 01/20/2021 | SAL... | | X | -86,438.51 | -273,102.10 |
| General Journal | 01/20/2021 | PAY... | | X | -66,702.01 | -339,804.11 |
| Sales Tax Pay... | 01/20/2021 | e-pay | New York State S... | X | -26,280.00 | -366,084.11 |
| Transfer | 01/20/2021 | | | X | -8,371.21 | -374,455.32 |
| General Journal | 01/20/2021 | WIR... | | X | -30.00 | -374,485.32 |
| Bill Pmt -Check | 01/20/2021 | AUT... | FedEx-New | X | -25.62 | -374,510.94 |
| Bill Pmt -Check | 01/21/2021 | T/O ... | Hartford Fire Insu... | X | -755.11 | -375,266.05 |
| General Journal | 01/21/2021 | Jan-21 | Microsoft Azure | X | -565.51 | -375,831.56 |
| Bill Pmt -Check | 01/21/2021 | AUT... | FedEx-New | X | -194.91 | -376,026.47 |
| Bill Pmt -Check | 01/21/2021 | De-a... | Verizon-Bar Pres... | X | -39.16 | -376,065.63 |
| Bill Pmt -Check | 01/22/2021 | AUT... | FedEx-New | X | -77.45 | -376,143.08 |
| Bill Pmt -Check | 01/22/2021 | | AT & T | X | -29.99 | -376,173.07 |
| General Journal | 01/25/2021 | CAPI... | | X | -2,196.60 | -378,369.67 |
| Bill Pmt -Check | 01/25/2021 | AUT... | FedEx-New | X | -895.85 | -379,265.52 |
| General Journal | 01/25/2021 | Jan2... | Purchase Power | X | -500.00 | -379,765.52 |
| Bill Pmt -Check | 01/25/2021 | AUT... | Frontier Commun... | X | -93.73 | -379,859.25 |
| General Journal | 01/25/2021 | COU... | | X | -70.00 | -379,929.25 |
| General Journal | 01/26/2021 | TRA... | | X | -267,779.71 | -647,708.96 |
| General Journal | 01/27/2021 | TRA... | | X | -111,105.17 | -758,814.13 |
| General Journal | 01/29/2021 | TRA... | | X | -34,683.59 | -793,497.72 |
| | | | | | | |
| Total Checks and Payments | | | | | -793,497.72 | -793,497.72 |
| | | | | | | |
| **Deposits and Credits - 60 items** | | | | | | |
| Deposit | 12/31/2020 | | | X | 3,071.57 | 3,071.57 |
| Deposit | 01/04/2021 | | | X | 45.00 | 3,116.57 |
| Deposit | 01/04/2021 | | | X | 315.00 | 3,431.57 |
| Deposit | 01/04/2021 | | | X | 5,178.75 | 8,610.32 |
| Deposit | 01/05/2021 | | | X | 45.00 | 8,655.32 |
| Deposit | 01/05/2021 | | | X | 1,800.00 | 10,455.32 |
| Deposit | 01/05/2021 | | | X | 7,812.48 | 18,267.80 |
| Deposit | 01/05/2021 | | | X | 9,197.35 | 27,465.15 |
| Deposit | 01/05/2021 | | | X | 30,036.56 | 57,501.71 |
| Deposit | 01/06/2021 | | | X | 45.00 | 57,546.71 |
| Deposit | 01/06/2021 | | | X | 315.00 | 57,861.71 |
| Deposit | 01/06/2021 | | | X | 315.00 | 58,176.71 |
| Deposit | 01/06/2021 | | | X | 1,598.40 | 59,775.11 |
| Deposit | 01/07/2021 | | | X | 1,050.00 | 60,825.11 |
| Deposit | 01/07/2021 | | | X | 1,596.64 | 62,421.75 |
| Deposit | 01/08/2021 | | | X | 700.00 | 63,121.75 |
| Deposit | 01/08/2021 | | | X | 4,257.02 | 67,378.77 |
| Deposit | 01/08/2021 | | | X | 8,150.00 | 75,528.77 |
| Deposit | 01/08/2021 | | | X | 35,009.78 | 110,538.55 |
| Deposit | 01/11/2021 | | | X | 315.00 | 110,853.55 |
| Deposit | 01/11/2021 | | | X | 2,614.57 | 113,468.12 |
| Deposit | 01/11/2021 | | | X | 11,009.82 | 124,477.94 |
| Deposit | 01/12/2021 | | | X | 8,573.43 | 133,051.37 |
| Deposit | 01/13/2021 | | | X | 315.00 | 133,366.37 |
| Deposit | 01/13/2021 | | | X | 825.98 | 134,192.35 |
| Deposit | 01/13/2021 | | | X | 880.71 | 135,073.06 |
| Deposit | 01/13/2021 | | | X | 3,003.32 | 138,076.38 |
| Deposit | 01/13/2021 | | | X | 3,744.40 | 141,820.78 |
| Deposit | 01/13/2021 | | | X | 29,368.80 | 171,189.58 |
| Deposit | 01/14/2021 | | | X | 315.00 | 171,504.58 |
| Deposit | 01/14/2021 | | | X | 7,223.23 | 178,727.81 |
| Deposit | 01/15/2021 | | | X | 654.04 | 179,381.85 |
| Deposit | 01/15/2021 | | | X | 1,094.82 | 180,476.67 |
| Deposit | 01/15/2021 | | | X | 2,720.24 | 183,196.91 |

2:56 PM

02/25/21

# AppealTech
# Reconciliation Detail
### 1043B · TD Bank -2, Period Ending 01/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 01/19/2021 | 541 | John J. Mitchell | X | 0.00 | 183,196.91 |
| Deposit | 01/19/2021 | | | X | 45.00 | 183,241.91 |
| Deposit | 01/19/2021 | | | X | 45.00 | 183,286.91 |
| Deposit | 01/19/2021 | | | X | 7,364.78 | 190,651.69 |
| Deposit | 01/19/2021 | | | X | 10,587.19 | 201,238.88 |
| Bill Pmt -Check | 01/20/2021 | 542 | Light and Rubin Inc | X | 0.00 | 201,238.88 |
| Deposit | 01/20/2021 | | | X | 315.00 | 201,553.88 |
| Deposit | 01/20/2021 | | | X | 315.00 | 201,868.88 |
| Deposit | 01/20/2021 | | | X | 4,954.53 | 206,823.41 |
| Deposit | 01/20/2021 | | | X | 83,924.28 | 290,747.69 |
| Deposit | 01/21/2021 | | | X | 45.00 | 290,792.69 |
| Deposit | 01/21/2021 | | | X | 76,633.46 | 367,426.15 |
| Bill Pmt -Check | 01/25/2021 | CRE... | Empire Managem... | X | 0.00 | 367,426.15 |
| Bill Pmt -Check | 01/25/2021 | REV... | Orleans County C... | X | 0.00 | 367,426.15 |
| Deposit | 01/25/2021 | | | X | 3,981.57 | 371,407.72 |
| Deposit | 01/25/2021 | | | X | 9,003.65 | 380,411.37 |
| Bill Pmt -Check | 01/26/2021 | 562 | Daniel Alter, Atto... | X | 0.00 | 380,411.37 |
| Deposit | 01/26/2021 | | | X | 413.95 | 380,825.32 |
| Deposit | 01/26/2021 | | | X | 1,000.00 | 381,825.32 |
| Deposit | 01/26/2021 | | | X | 4,005.97 | 385,831.29 |
| Deposit | 01/26/2021 | | | X | 17,651.09 | 403,482.38 |
| Deposit | 01/26/2021 | | | X | 98,878.66 | 502,361.04 |
| Deposit | 01/27/2021 | | | X | 11,220.49 | 513,581.53 |
| Deposit | 01/28/2021 | | | X | 5,911.99 | 519,493.52 |
| Bill Pmt -Check | 01/29/2021 | | Daniel Alter, Atto... | X | 0.00 | 519,493.52 |
| Bill Pmt -Check | 01/29/2021 | | Ferber Chan Ess... | X | 0.00 | 519,493.52 |
| **Total Deposits and Credits** | | | | | 519,493.52 | 519,493.52 |
| **Total Cleared Transactions** | | | | | -274,004.20 | -274,004.20 |
| **Cleared Balance** | | | | | -274,004.20 | 0.00 |

**Uncleared Transactions**
**Checks and Payments - 14 items**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 01/16/2020 | 113 | Appellate Divisio... | | -315.00 | -315.00 |
| Check | 01/16/2020 | 112 | Appellate Divisio... | | -315.00 | -630.00 |
| Check | 02/21/2020 | 165 | Appellate Divisio... | | -315.00 | -945.00 |
| Check | 03/06/2020 | 189 | Nikolina Gurfinkel | | -127.00 | -1,072.00 |
| Check | 03/13/2020 | 206 | Appellate Divisio... | | -315.00 | -1,387.00 |
| Check | 05/07/2020 | 243 | Appellate Divisio... | | -25.50 | -1,412.50 |
| Check | 08/11/2020 | 326 | Kings County Court | | -30.00 | -1,442.50 |
| Check | 09/03/2020 | 370 | Appellate Divisio... | | -315.00 | -1,757.50 |
| Check | 09/30/2020 | 396 | Appellate Divisio... | | -315.00 | -2,072.50 |
| Check | 09/30/2020 | 397 | County Clerk, Ne... | | -25.00 | -2,097.50 |
| Check | 10/06/2020 | 406 | New York County... | | -25.00 | -2,122.50 |
| Check | 10/28/2020 | 457 | New York County... | | -25.00 | -2,147.50 |
| Check | 10/29/2020 | 460 | New York County... | | -25.00 | -2,172.50 |
| Check | 11/05/2020 | 470 | New York County... | | -25.00 | -2,197.50 |
| **Total Checks and Payments** | | | | | -2,197.50 | -2,197.50 |

**Deposits and Credits - 3 items**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Deposit | 01/29/2021 | | | | 630.00 | 630.00 |
| Deposit | 01/29/2021 | | | | 1,953.36 | 2,583.36 |
| Deposit | 01/31/2021 | | | | 0.00 | 2,583.36 |
| **Total Deposits and Credits** | | | | | 2,583.36 | 2,583.36 |
| **Total Uncleared Transactions** | | | | | 385.86 | 385.86 |
| **Register Balance as of 01/31/2021** | | | | | -273,618.34 | 385.86 |

**New Transactions**
**Checks and Payments - 1 item**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| General Journal | 02/18/2021 | WIR... | | | -30.00 | -30.00 |
| **Total Checks and Payments** | | | | | -30.00 | -30.00 |

**AppealTech**

# Reconciliation Detail

**1043B · TD Bank -2, Period Ending 01/31/2021**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Deposits and Credits - 11 items** | | | | | | |
| Deposit | 02/02/2021 | | | | 45.00 | 45.00 |
| Deposit | 02/02/2021 | | | | 810.20 | 855.20 |
| Deposit | 02/02/2021 | | | | 7,594.50 | 8,449.70 |
| Deposit | 02/03/2021 | | | | 444.96 | 8,894.66 |
| Deposit | 02/03/2021 | | | | 15,257.86 | 24,152.52 |
| Deposit | 02/03/2021 | | | | 16,914.03 | 41,066.55 |
| Deposit | 02/05/2021 | | | | 8,126.17 | 49,192.72 |
| Deposit | 02/12/2021 | | | | 4,115.84 | 53,308.56 |
| Deposit | 02/16/2021 | | | | 1,144.44 | 54,453.00 |
| Deposit | 02/19/2021 | | | | 977.70 | 55,430.70 |
| Deposit | 02/25/2021 | | | | 848.63 | 56,279.33 |
| Total Deposits and Credits | | | | | 56,279.33 | 56,279.33 |
| Total New Transactions | | | | | 56,249.33 | 56,249.33 |
| **Ending Balance** | | | | | **-217,369.01** | **56,635.19** |

3:49 PM

02/18/21

**AppealTech**

# Reconciliation Detail

**1043C · TD Bank 3, Period Ending 01/31/2021**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Check | 01/20/2021 | 526 | Appellate Divisio... | X | -315.00 | -315.00 |
| Check | 01/20/2021 | 524 | Appellate Divisio... | X | -315.00 | -630.00 |
| Bill Pmt -Check | 01/25/2021 | #002... | RG&E | X | -67.01 | -697.01 |
| Bill Pmt -Check | 01/27/2021 | AUT... | FedEx-New | X | -278.21 | -975.22 |
| Bill Pmt -Check | 01/27/2021 | AUT... | FedEx-New | X | -268.35 | -1,243.57 |
| General Journal | 01/28/2021 | AMA... | | X | -60.96 | -1,304.53 |
| Total Checks and Payments | | | | | -1,304.53 | -1,304.53 |
| **Deposits and Credits - 3 items** | | | | | | |
| General Journal | 01/26/2021 | TRA... | | X | 267,779.71 | 267,779.71 |
| General Journal | 01/27/2021 | TRA... | | X | 111,105.17 | 378,884.88 |
| General Journal | 01/29/2021 | TRA... | | X | 34,683.59 | 413,568.47 |
| Total Deposits and Credits | | | | | 413,568.47 | 413,568.47 |
| Total Cleared Transactions | | | | | 412,263.94 | 412,263.94 |
| Cleared Balance | | | | | 412,263.94 | 412,263.94 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 36 items** | | | | | | |
| Check | 11/27/2020 | 441 | New York State | | -3,000.00 | -3,000.00 |
| Check | 12/18/2020 | 531 | New York State | | -3,000.00 | -6,000.00 |
| Check | 01/04/2021 | 512 | Court of Appeals ... | | -45.00 | -6,045.00 |
| Bill Pmt -Check | 01/10/2021 | 540 | Wilder 4 Corners ... | | -1,450.00 | -7,495.00 |
| Check | 01/19/2021 | 522 | Queens County C... | | -25.50 | -7,520.50 |
| Check | 01/20/2021 | 523 | Kings County Court | | -30.00 | -7,550.50 |
| Bill Pmt -Check | 01/21/2021 | #352... | Thomson West | | -742.48 | -8,292.98 |
| Check | 01/21/2021 | 527 | Court of Appeals ... | | -45.00 | -8,337.98 |
| Bill Pmt -Check | 01/25/2021 | | Verizon Wireless | | -501.22 | -8,839.20 |
| Bill Pmt -Check | 01/25/2021 | E PAY | Verizon Wireless | | -441.27 | -9,280.47 |
| Bill Pmt -Check | 01/26/2021 | 549 | Power Objects | | -7,631.25 | -16,911.72 |
| Check | 01/26/2021 | 543 | Chase | | -6,000.00 | -22,911.72 |
| Check | 01/26/2021 | 561 | New York State | | -3,000.00 | -25,911.72 |
| Bill Pmt -Check | 01/26/2021 | 560 | StorageMart#2105 | | -354.03 | -26,265.75 |
| Bill Pmt -Check | 01/26/2021 | 544 | Alexander, Poole ... | | -287.70 | -26,553.45 |
| Bill Pmt -Check | 01/26/2021 | 546 | Niagara County C... | | -24.70 | -26,578.15 |
| Bill Pmt -Check | 01/26/2021 | 548 | OSWEGO Count... | | -17.00 | -26,595.15 |
| Bill Pmt -Check | 01/26/2021 | 545 | Monroe County D... | | -5.85 | -26,601.00 |
| Bill Pmt -Check | 01/26/2021 | 547 | Onondaga Count... | | -1.95 | -26,602.95 |
| Bill Pmt -Check | 01/28/2021 | #311... | Windstream | | -1,318.14 | -27,921.09 |
| Bill Pmt -Check | 01/28/2021 | #311... | Windstream | | -1,053.10 | -28,974.19 |
| Bill Pmt -Check | 01/28/2021 | #311... | Broadview Netwo... | | -916.02 | -29,890.21 |
| Bill Pmt -Check | 01/29/2021 | 528 | Daniel Alter, Atto... | | -17,240.00 | -47,130.21 |
| General Journal | 01/29/2021 | #26R... | U.S. Trustee | | -6,873.77 | -54,003.98 |
| Bill Pmt -Check | 01/29/2021 | #04105 | Atlantic Tomorro... | | -802.53 | -54,806.51 |
| General Journal | 01/29/2021 | Jan 2... | Purchase Power | | -500.00 | -55,306.51 |
| Bill Pmt -Check | 01/29/2021 | #031... | Columbia Omni C... | | -412.39 | -55,718.90 |
| Check | 01/29/2021 | 563 | John J. Mitchell | | -397.65 | -56,116.55 |
| Check | 01/29/2021 | 551 | Appellate Divisio... | | -315.00 | -56,431.55 |
| Check | 01/29/2021 | 529 | Appellate Divisio... | | -315.00 | -56,746.55 |
| Bill Pmt -Check | 01/29/2021 | AUT... | FedEx-New | | -104.49 | -56,851.04 |
| Check | 01/29/2021 | 552 | Barry Baron | | -36.81 | -56,887.85 |
| General Journal | 01/30/2021 | Jan-21 | | | -201.42 | -57,089.27 |
| General Journal | 01/31/2021 | WIR... | | | -175,000.00 | -232,089.27 |
| Bill Pmt -Check | 01/31/2021 | 570 | Light and Rubin Inc | | -3,520.00 | -235,609.27 |
| General Journal | 01/31/2021 | WIR... | | | -30.00 | -235,639.27 |
| Total Checks and Payments | | | | | -235,639.27 | -235,639.27 |
| Total Uncleared Transactions | | | | | -235,639.27 | -235,639.27 |
| Register Balance as of 01/31/2021 | | | | | 176,624.67 | 176,624.67 |

**Page 1**

3:49 PM

02/18/21

# AppealTech
# Reconciliation Detail
**1043C · TD Bank 3, Period Ending 01/31/2021**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **New Transactions** | | | | | | |
| **Checks and Payments - 34 items** | | | | | | |
| Bill Pmt -Check | 02/01/2021 | 568 | Empire Managem... | | -26,896.65 | -26,896.65 |
| Check | 02/01/2021 | 556 | Chase | | -6,000.00 | -32,896.65 |
| Bill Pmt -Check | 02/01/2021 | 564 | Light and Rubin Inc | | -3,450.00 | -36,346.65 |
| General Journal | 02/01/2021 | Feb-21 | Power Objects | | -3,038.51 | -39,385.16 |
| Check | 02/01/2021 | 567 | New York State | | -3,000.00 | -42,385.16 |
| Bill Pmt -Check | 02/01/2021 | #31917 | Court Alert.Com, ... | | -2,014.19 | -44,399.35 |
| Bill Pmt -Check | 02/01/2021 | | St. Paul Travelers | | -1,576.03 | -45,975.38 |
| Bill Pmt -Check | 02/01/2021 | 569 | Wilder 4 Corners ... | | -1,450.00 | -47,425.38 |
| Bill Pmt -Check | 02/01/2021 | 565 | Luu LLC | | -960.00 | -48,385.38 |
| Bill Pmt -Check | 02/01/2021 | PL00... | Charlotte Colocat... | | -495.00 | -48,880.38 |
| Bill Pmt -Check | 02/02/2021 | 1757... | Daniel Alter, Atto... | | -17,728.24 | -66,608.62 |
| Bill Pmt -Check | 02/02/2021 | | Court Alert.Com, ... | | -2,014.19 | -68,622.81 |
| Check | 02/02/2021 | 1757... | Court of Appeals ... | | -45.00 | -68,667.81 |
| Check | 02/02/2021 | 1757... | Radel Carvajal | | -32.64 | -68,700.45 |
| General Journal | 02/02/2021 | Feb-21 | | | -9.95 | -68,710.40 |
| Sales Tax Pay... | 02/03/2021 | e-pay | New York State S... | | -23,637.84 | -92,348.24 |
| Transfer | 02/03/2021 | | | | -10,777.89 | -103,126.13 |
| Bill Pmt -Check | 02/03/2021 | 6353... | St. Paul Travelers | | -9,420.24 | -112,546.37 |
| General Journal | 02/03/2021 | Feb-21 | | | -4,500.00 | -117,046.37 |
| Bill Pmt -Check | 02/03/2021 | Q371... | Hartford Fire Insu... | | -3,012.44 | -120,058.81 |
| Bill Pmt -Check | 02/03/2021 | 1757... | Light and Rubin Inc | | -1,600.00 | -121,658.81 |
| Check | 02/03/2021 | 1757... | James Dignon | | -578.52 | -122,237.33 |
| Bill Pmt -Check | 02/03/2021 | 1757... | Nina Kracum | | -400.00 | -122,637.33 |
| Bill Pmt -Check | 02/03/2021 | | Frontier Commun... | | -93.73 | -122,731.06 |
| General Journal | 02/03/2021 | Feb-21 | | | -76.16 | -122,807.22 |
| Bill Pmt -Check | 02/04/2021 | #120... | Thomson West | | -982.01 | -123,789.23 |
| Bill Pmt -Check | 02/04/2021 | Visa | Waste Connections | | -108.88 | -123,898.11 |
| Sales Tax Pay... | 02/05/2021 | e-pay | New York State S... | | -4,294.87 | -128,192.98 |
| Bill Pmt -Check | 02/09/2021 | #53926 | Signius Communi... | | -156.73 | -128,349.71 |
| Bill Pmt -Check | 02/11/2021 | #921... | CSC | | -498.00 | -128,847.71 |
| Bill Pmt -Check | 02/11/2021 | 1757... | ADCO Security &... | | -206.86 | -129,054.57 |
| General Journal | 02/18/2021 | SAL... | | | -22,467.78 | -151,522.35 |
| General Journal | 02/18/2021 | PAY... | | | -12,748.64 | -164,270.99 |
| Transfer | 02/19/2021 | | | | -3,879.86 | -168,150.85 |
| Total Checks and Payments | | | | | -168,150.85 | -168,150.85 |
| **Deposits and Credits - 4 items** | | | | | | |
| Deposit | 02/01/2021 | | | | 2,208.95 | 2,208.95 |
| Deposit | 02/03/2021 | | | | 444.96 | 2,653.91 |
| Deposit | 02/03/2021 | | | | 15,257.86 | 17,911.77 |
| General Journal | 02/16/2021 | OPE... | | | 198,500.00 | 216,411.77 |
| Total Deposits and Credits | | | | | 216,411.77 | 216,411.77 |
| Total New Transactions | | | | | 48,260.92 | 48,260.92 |
| **Ending Balance** | | | | | **224,885.59** | **224,885.59** |

**AppealTech**
**Profit & Loss**
**For the Month Ended Janaury 31 2021**

|  | Janaury  2021 |
|---|---|
| **Salaries** | $  81,725.06 |
| **Employee Benefit** | $  76.81 |
| **Paper** | |
| **Supplies** | |
| **Repairs & Maintenance** | |
| **Equipment Rental** | |
| **Machine Charges** | $  1,452.53 |
| **Mailers & Cartons** | |
| **Purchase for Resale** | |
| **Shipping** | $  5,437.63 |
| **Postage** | $  1,525.00 |
| **Occupancy Expense** | $  19,621.54 |
| **Insurance** | $  4,965.21 |
| **Website/Software costs** | $  666.37 |
| **Computer Consulting/Supplies** | $  230.96 |
| **Telephone** | $  5,083.73 |
| **Utilities** | $  67.01 |
| **Total Cost of Goods Sold** | $  120,851.85 |