UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

    Z & J, LLC d/b/a/ APPEAL TECH,

                      Debtor.
----------------------------------------------------------X

Chapter 11
Case No. 19-11502(JLG)

## Order Confirming Plan

      The Second Amended Plan of Reorganization dated January 22, 2021 (the "Second Amended Plan") under Chapter 11 of the Bankruptcy Code filed by Debtor, Z & J, LLC d/b/a Appeal Tech (the "Debtor"), having been transmitted to creditors and equity security holders, together with a copy of the Second Amended Disclosure Statement (the "Second Amended Disclosure Statement"), approved by the court on January 28, 2021; and

      It having been determined after notice and a hearing that the requirements for confirmation of the Plan under 11 U.S.C. § 1129 have been satisfied;

**IT IS ORDERED** that:

A. The Second Amended Plan filed by Debtor on January 22, 2021 [ECF Doc No. 117], is confirmed.
B. The Second Amended Plan provides for payment in full, plus applicable interest, to the holders of all allowed claims, and therefore there is no need for the solicitation of acceptances or rejections of the Second Amended Plan.
C. The Second Amended Plan and its provisions shall be binding upon the Debtor, all creditors, parties in interest and interest holders, whether or not such creditor has objected to or accepted the Second Amended Plan.
D. The Debtor and/or Disbursing Agent are authorized and directed to implement the Second Amended Plan and this Order and to execute such other documents and do such things as may be necessary to implement and effectuate the Second Amended Plan and this Order.

      E.  The Bankruptcy Court hereby retains jurisdiction for such purposes as may be necessary to aid the implementation and confirmation of the Second Amended Plan, this Order and as set forth in the Second Amended Plan, including but not limited to, the determination of any and all claims or causes of action that the Debtor has or holds against any party

Dated: New York, New York
       March 14, 2021

/s/ *James L. Garrity, Jr.*
Honorable James L, Garrity, Jr.
United States Bankruptcy Judge