UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

Z & J, LLC d/b/a/ APPEAL TECH,                    Chapter 11
                                                  Case No.19-11502(JLG)
                Debtor.
---------------------------------------------------------------x

**ORDER GRANTING APPLICATION FOR ALLOWANCE OF INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of Application for Allowance of First and Final Compensation and Reimbursement of Expenses (the "Application") for professional services rendered and expenses incurred by Mazzola Lindstrom, LLP, as accountants for the above debtor and debtor-in-possession (the "Debtor") during the period December 9, 2019 through March 2, 2021; and due notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and a hearing having been held before this court to consider the Application on March 19, 2021; and due consideration having been given to any responses thereto; and sufficient cause having been shown therefore; it is hereby

**ORDERED**, that the Application is granted to the extent set forth in the attached Schedules.

Dated:  New York, New York
        March 25, 2021

                                    /s/ *James L. Garrity, Jr.*
                                    HONORABLE JAMES L. GARRITY, JR.
                                    UNITED STATES BANKRUPTCY JUDGE

Case No.: 19-11502(JLG)  
Case Name: Z&J, LLC d/b/a Appeal Tech

**FIRST & FINAL FEE PERIOD**
December 9, 2019 – March 2, 2021

Schedule A

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Mazzola Lindstrom, LLP, Special Counsel for the Debtor | March 8, 2021; Docket No.128 | $155,610.00 | $155,610.00 | $155,610.00 | N/A | $155,610.00 | $140.00 | $140.00 |
| | | | | | | | | |

Revised September 2011          DATE ON WHICH ORDER WAS SIGNED: 3/25/2021          INITIALS: JLG  USBJ

Case No.: 19-11502(JLG)  
Case Name: Z&J, LLC d/b/a Appeal Tech

**FEE APPLICATION TOTALS**  
**December 9, 2019 – March 2, 2021**

**Schedule B**

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Mazzola Lindstrom, LLP, Special Counsel for the Debtor | $155,610.00 | $155,610.00 | $140.00 | $140.00 |
|  |  |  |  |  |

Revised September 2011       DATE ON WHICH ORDER WAS SIGNED: _3/25.2021_       INITIALS: _JLG_USBJ